**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MOHSNI KAKANDE,

        CASE NO. 06-11169
   Petitioner,        HON. LAWRENCE P. ZATKOFF

v.

ROBIN BAKER, Detroit Director of
Bureau of Immigration and Customs
Enforcement,

   Respondent.

_____/

## OPINION AND ORDER GRANTING RESPONDENT'S MOTION TO DISMISS

On March 20, 2006, Petitioner filed a petition for habeas corpus, alleging that a removal order was issued against him, but that he had been held in immigration custody for over six months without being removed. On May 3, 2006, Respondent filed a motion to dismiss based on improper venue. Petitioner did not respond, and the Court issued a show cause order, with a response required by June 22, 2006. The show cause order was returned as undeliverable. Respondent filed a supplemental brief informing the Court that Petitioner was removed to Uganda on May 19, 2006.

Respondent argues that the petition is now moot, because Petitioner did not contest the validity of the removal order, but rather his continued detention by immigration authorities. The Court agrees. A case must be dismissed as moot when the Court "cannot grant 'any effectual relief whatever.'" *Calderon v. Moore*, 518 U.S. 149, 150 (1996) (citation omitted). Because Petitioner obtained the remedy he requested, removal, the Court cannot grant any effectual relief, and the

petition is HEREBY DISMISSED without prejudice.

     IT IS SO ORDERED.


                                         s/Lawrence P. Zatkoff
                                         LAWRENCE P. ZATKOFF
                                         UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2006

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 29, 2006.


                                         s/Marie E. Verlinde
                                         Case Manager
                                         (810) 984-3290